No. 8788. ELI S. ADKINS, Plaintiff and Respondent, *v.* ADOLPH SLONSKI and BRONZE DODAR, Defendants and Appellants.

Pursuant to the stipulation of the parties, on file herein, it is hereby ordered, that the appeal from that certain judgment in the above entitled cause, made and entered on the 6th day of August, 1947, in the District Court of the Fifth Judicial District of the State of Montana, in and for the County of Madison, be

and the same is hereby dismissed without costs to either party.

Dated this *27th day of October, 1947.*

Chief Justice, HUGH ADAIR.

*Frank E. Blair,* Attorney for Respondent.

*Lyman H. Bennett, Jr., Wellington D. Rankin, Arthur P. Acher,* Attorneys for Appellants.